*JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN FABRICS CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>PLAZA FABRICS, INC.,<br><br>          Defendant. | Case No.  CV 13-3126-GW(MANx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

  Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.  Each of the parties shall bear his or its own attorneys' fees and costs.  The Court shall retain jurisdiction to enforce the parties' settlement.

  IT IS SO ORDERED.

Dated: December 18, 2013   BY THE COURT

                _____
                HONORABLE GEORGE H. WU
                UNITED STATES DISTRICT COURT